# United States Court of Appeals
## For the First Circuit

No. 07-1569

UNITED STATES OF AMERICA,

Appellee,

v.

MARK S. SHINDERMAN, M.D.,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on January 29, 2008 is corrected as follows:

On p.26, l.9, change "for sentencing" to "or sentencing"